## Brownlee *v.* Thornburgh.

APPEAL from the *Grant* Common Pleas.

*Per Curiam.*—Suit by *Thornburgh* against *Brownlee*, on a note made by the latter to one *Martindale*. Judgment by default. The note does not appear to have been indorsed by *Martindale*, nor was he made a party. The proceeding, in this respect, was erroneous; but as no steps were taken in the Court below to correct the error, we can not reverse the judgment, but must dismiss the appeal, and leave the parties to proceed as they may be advised, in the Court below.

The appeal is dismissed, with costs.

*J. Brownlee*, for appellant.

*Isaac Van Devanter* and *J. F. McDowell*, for appellee.